# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

Unclaimed Dividends/ Distribution less than $5 for Deposit

Debtor: **KOSHIOL, JOSEPH & NORMA**

Chapter 13 Case No. **05-44090**
jointly administered

Please Check One:

_X_ Unclaimed Dividends
___ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| ROSE & ERICKSON<br>921 MAIN ST<br>PO BOX 5560<br>HOPKINS, MN 55343 | 3 | $253.81 | $8.69 |

**TOTAL TO CLERK'S FUND**                                                                 $8.69

__March 18, 2011__                                    /s/ Kyle L Carlson
DATE                                                          TRUSTEE

RECEIVED 11 MAR 21 AM 9:31 U.S. BANKRUPTCY COURT MINNEAPOLIS MN